IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRTHA DAVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREME WORMINGTON; HAROLD WORMINGTON, and DOES 1-25, inclusive,<br><br>    Defendants.<br>_____/ | No. CIV S-05-1586 DFL KJM<br><br>ORDER GRANTING STIPULATION RE INDEPENDENT PHYSICAL EXAMINATION OF PLAINTIFF GIRTHA DAVIS |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' Stipulation regarding Independent Physical Examination of Plaintiff GIRTHA DAVIS is granted. Plaintiff GIRTHA DAVIS is hereby ordered to submit to an independent medical examination by Dr. Harry A. Khasigian on March 29, 2006, at Pacific Evaluations Medical Group, 5030 J Street, Suite 300, Sacramento, California, and as otherwise provided by the stipulation.

DATED: March 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1